UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

MOSES PACHECO, JR.

INDEX No: 09 CIV 9898 (RJH)
DATE PURCHASED: 04/06/2010

PLAINTIFF(S)

ATTY FILE No:
EJS #:
JOB #: 83310

-against-

THE CITY OF NEW YORK, ET AL

**AFFIDAVIT OF SUITABLE SERVICE**

DEFENDANT(S)
-------------------------------------------------------------------------X

STATE OF NEW YORK COUNTY OF KINGS ss:

**Davydov David, License #1258320,** being duly sworn deposes & says; deponent is not a party to this action, is over the age of 18 years and resides in the State of NEW YORK.

That on **07/06/2010** at **5:16 PM** at **2770 FREDERICK DOUGLASS BLVD., NEW YORK, NY 10039** Deponent served the within **SUMMONS IN A CIVIL ACTION, AMENDED COMPLAINT & JURY DEMAND** on **POLICE OFFICER CRUZ ( SHIELD# 1914).** Recipient therein named.
After your deponent was unable with due diligence to serve the recipient in person, service was made by delivering a true copy thereof to and leaving with **P.A.A E. CRICHLOW, P.A.A.**, person of suitable age and discretion at **2770 FREDERICK DOUGLASS BLVD., NEW YORK, NY 10039**, said premises being the recipient's usual place of **BUSINESS** within the State of NewYork.
Deponent completed service by depositing a copy of the **SUMMONS IN A CIVIL ACTION, AMENDED COMPLAINT & JURY DEMAND** on **07/12/2010** in a postpaid properly addressed envelope by first class mail, bearing the legend Personal and Confidential and not indicating legal action, in an official depository under the exclusive care and custody of the United States Post Office in the State of New York to the address named herein.

**A DESCRIPTION OF PERSON SERVED IS AS FOLLOWS:**

| | | |
|---|---|---|
| Approx. Age: **40-45** | Sex: **FEMALE** | Other: |
| Color of Skin: **BLACK** | Height: **5'4"-5'8"** | **GLASSES** |
| Color of Hair: **BROWN** | Weight: **161-200 Lbs.** | |

Confirmed the above address of recipient and asked whether recipient was in active military service of the United States or the State of New York in any capacity whatever or is a dependent of anyone in the military and received a negative reply. Recipient wore no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that recipient is not in the military service of New York State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me on **07/13/2010**

ELENA DONAHUE
Notary Public, State of New York
No. 01DO6165600
Qualified in Kings County
Commission Expires May 14,2011

PROCESS SERVER: Davydov David, Lic #1258320
--------------------------------------------
ATTORNEY FOR PLAINTIFF(S):
LAW OFFICES OF WALE MOSAKU, P.C.
25 BOND STREET,
3RD FLOOR
BROOKLYN, NY 11201
718-243-0994



**EXPRESS JUDICIAL SERVICES, Inc.**
*Quality Process Serving*

6110 20th Avenue, Brooklyn NY, 11204  Tel: 718.382.0203  Fax: 347.312.4528  Email: info@ejsincorp.com